# UNITED STATES DISTRICT COURT

_____ NORTHERN _____   DISTRICT OF   __ ILLINOIS, EASTERN DIVISION __

UNITED STATES OF AMERICA

v.

MARCUS MOORE

**UNDER SEAL**

MAGISTRATE JUDGE VALDEZ

**FILED**   CRIMINAL COMPLAINT

J.N   FEB X 5 2008   **CASE NUMBER:**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT   **08CR   0105**

I, DANIEL MCCUNE, being duly sworn state the following is true and correct to the best of my knowledge

and belief. On or about __ December 20, 2005 __   in __ Cook __   county,

in the _____ Northern _____ District of _____ Illinois _____ defendant did,

knowingly and intentionally, by force, violence and intimidation, take from the person and presence of bank employees approximately $187,124 belonging to and in the care, custody, control, management, and possession of the First Bank located at 2356 South Kedzie, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

in violation of Title __ 18 __   United States Code, Section(s) _____ 2113(a) _____.

I further state that I am a(n) Special Agent with the Federal Bureau of Investigation and that this complaint is
<span>Official Title</span>

based on the following facts:

**See attached affidavit.**

Continued on the attached sheet and made a part hereof:  _X_ Yes   ___ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____ February 5, 2008 _____   at   __ Chicago, Illinois __
Date                                              City and State

_MARIA VALDEZ, U.S. MAGISTRATE JUDGE_   _____
Name & Title of Judicial Officer              Signature of Judicial Officer

COUNTY OF COOK                    )
                                 )        SS
STATE OF ILLINOIS                )

## AFFIDAVIT

I, Daniel McCune, being first duly sworn on oath, state that:

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI).  I have been so employed for over twelve years.

2.     I am currently assigned to the Rolling Meadows Office where I conduct investigations of violent and white collar crime.  I have previously conducted numerous bank robbery investigations.

3.     The information contained in this affidavit is based upon my own investigation and personal knowledge, as well as on information provided to me by other FBI Agents, police officers, and witnesses.

4.     The information below is provided for the limited purpose of establishing probable cause to believe that MARCUS MOORE ("MOORE") did, knowingly and intentionally, by force, violence and  intimidation, take from the person and presence of bank employees approximately $187,124 belonging to and in the care, custody, control, management, and possession of the First Bank located at 2356 South Kedzie, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation ("FDIC"), in violation of Title 18, United States Code, Section 2113(a).

5.     Because the information set forth below is for the limited purpose of establishing probable cause in support of a criminal complaint, it does not contain all the facts of which I am aware related to this investigation.

1

## DECEMBER 20, 2005 ROBBERY OF FIRST BANK

6. On December 20, 2005, the First Bank at 2356 S. Kedzie, Chicago, Illinois, was robbed by MOORE and two other male subjects. Based on witness interviews and surveillance footage, as well as information set forth below, the first robber, MAURICE WILBON ("WILBON") entered the bank, approached a teller, and asked about a banking transaction. The second robber, believed to be MOORE, entered soon thereafter and approached a customer service representative working with two customers. WILBON displayed a pistol and announced a robbery as MOORE told everyone to put their hands up.

7. At the direction of the robbers, bank employees then provided keys to the access door, allowing MOORE, the customer service representative, and two customers to walk to the rear of the bank. MOORE then ordered several bank employees to open the safe. A male teller was punched in the side by one of the robbers before he was able to open the safe. A third robber, who we have identified but to whom I will refer as "Robber 3," then entered the bank and placed the money from the safe into a pillow case. The bank occupants were then sprayed with pepper spray before the robbers fled the bank.

8. Shortly after the robbery took place, a postal carrier observed three individuals walking quickly on 24th Street (which is near the First Bank). According to the postal carrier, one of the individuals was carrying a pillowcase with money hanging out the side. They entered a black Intrepid before speeding away.

9. The loss to First Bank from this robbery was approximately $187,124.

2

## ARREST OF MAURICE WILBON

10.     In December 2006, MAURICE WILBON was arrested for his participation in the December 20, 2005 First Bank robbery.  In a post-*Miranda* interview, WILBON admitted his involvement and identified MOORE as one of his accomplices in the bank robbery.

11.     WILBON has subsequently been convicted of this bank robbery in the matter of *United States v. Wilbon*, 06 CR 935 (N.D. Ill.  Darrah, J.).

## INTERVIEW OF INDIVIDUAL A

12.     On April 4, 2007, I interviewed Individual A, who stated that he was a friend of Robber 3.  Individual A described an incident that occurred sometime in late 2005 or early 2006.  According to Individual A, Robber 3, WILBON, and another black male came to his house.  Robber 3 carried a bag that looked like a pillowcase and he asked to use a private room.  Soon thereafter Individual A opened the door to the room and saw a pile of money bundled with paper bank bands.  Individual A said it was by far the most money he had ever seen before.

## INTERVIEW OF MARCUS MOORE

13.     On November 27, 2007, I interviewed MOORE, who was in custody at the Cook County Jail on unrelated charges at the time.  Prior to interviewing MOORE, I advised him of his *Miranda* rights and MOORE waived those rights in writing.

14.     During the interview, MOORE admitted to his involvement in the First Bank robbery in December 2005.  MOORE stated that he committed the robbery with WILBON and Robber 3.  Specifically, MOORE stated that he was the second robber inside the bank.  As he entered the bank, MOORE saw the first robber, WILBON, at the teller line with his gun out.  MOORE then approached a banker at a desk who appeared to be working with two individuals.  MOORE ordered all three individuals to get down on the ground.

3

15.    According to MOORE, Robber 3 then entered the bank, jumped the counter, and ordered the teller to open the vault. MOORE was unsure exactly what happened next but believes that he may also have jumped the counter. MOORE stated that he ordered the tellers behind the counter to get down and tried to keep everyone calm so no one got hurt. The tellers had trouble with a key or code for the safe, which led WILBON to threaten to kill a male teller. MOORE also punched the teller in the chest to demonstrate that they were serious.

16.    After the safe was opened, Robber 3 put the money in what MOORE believed was a red pillowcase or laundry bag. Before leaving the bank, MOORE sprayed everyone in the vault area with mace.

17.    According to MOORE, a female mail carrier saw them enter the getaway car after they left the bank.

18.    MOORE stated that after the robbery, Robber 3, WILBON, and MOORE then drove to the apartment of Individual A[1] to count the money. Individual A and MOORE smoked marijuana and ate a sandwich while Robber 3 and WILBON counted the money upstairs. At one point, MOORE walked into the room where they were counting and saw stacks of money on the floor and bed. MOORE stated that he is unsure how much money they took during the robbery, but he received between $10,000 and $12,000 for his participation in the robbery.

19.    During the interview, MOORE was shown photographs obtained from the surveillance video taken during the bank robbery by First Bank's surveillance system. MOORE identified himself, Robber 3, and WILBON in the photographs.

---

[1]    Moore identified Individual A by only his first name.

4

20.     MOORE also agreed to provide a signed statement summarizing his involvement in the First Bank robbery on December 20, 2005. I handwrote the statement with input from MOORE. The statement was then read aloud by MOORE before he signed it.

### FDIC INSURED STATUS OF FIRST BANK

21.     I have confirmed that on December 20, 2005, the FDIC insured the deposits of First Bank, located at 2356 South Kedzie, Chicago, Illinois.

### CONCLUSION

22.     Based on the foregoing facts, there is probable cause to believe that MARCUS MOORE did, knowingly and intentionally, by force, violence and intimidation, take from the person and presence of bank employees approximately $187,624 belonging to and in the care, custody, control, management, and possession of the First Bank located at 2356 South Kedzie, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation ("FDIC"), in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT

Daniel McCune
Special Agent, Federal Bureau of Investigation

Sworn to and subscribed before me
This ___ day of February 2008.

The Honorable Maria Valdez
United States Magistrate Judge

5