# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 105 | **DATE** | 2/5/2008 |
| **CASE TITLE** | USA vs. Marcus Moore | | |

**DOCKET ENTRY TEXT**

ARREST WARRANT issued as to Marcus Moore. Enter Order granting Government's exparte motion to seal complaint, affidavit, motion to seal, and order through and including 3/6/08 or until the defendant's arrest or further order of the court, whichever occurs earlier.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|