# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 105 - 1 | **DATE** | 2/28/2008 |
| **CASE TITLE** | USA vs. Marcus Moore | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 2/28/08. Defendant informed of his rights. Enter order appointing John F. Murphy as counsel for defendant for initial appearance only. Defendant acknowledges understanding the charges and maximum penalty. Oral motion of Government to detain defendant is granted until preliminary examination and detention hearing on Monday, 3/3/08 at 2:30 p.m.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | CDH |
|---|---|---|