MHN

# United States District Court
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
) NO. **08 CR 105**
vs. )
**Marcus Moore** )
)
)
)

ORDER APPOINTING COUNSEL *for Initial Appearance Only*

~~The above-named defendant has testified under oath or has filed with the court an Affidavit of Financial Status and thereby satisfied this court that he or she is financially unable to employ counsel.~~

Accordingly, the FEDERAL DEFENDER PROGRAM is hereby appointed to represent this defendant in the above designated case unless relieved by an order of this court or by order of the court of appeals.

DATE: **Feb 28, 08**

ENTER:
_____
Signature of U.S. District Court Judge, Magistrate Judge (or Clerk or Deputy Clerk by order of the Court)

*For initial appearance only*