*MHN*

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**FILED**

In the Matter of

FEB 2 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Marcus Moore

Case Number:

08 CR 105

08 CR 105

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Marcus Moore – for initial appearance only

| | |
|---|---|
| **NAME (Type or print)** John F. Murphy | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)** s/ John F. Murphy | |
| **FIRM** FEDERAL DEFENDER PROGRAM | |
| **STREET ADDRESS** 55 E. Monroe Street, Suite 2800 | |
| **CITY/STATE/ZIP** Chicago, Illinois  60603 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** | **TELEPHONE NUMBER** 312/621-8300 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☑