## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 105 - 1 | **DATE** | March 3, 2008 |
| **CASE TITLE** | USA vs. MARCUS MOORE | | |

**DOCKET ENTRY TEXT**

Detention Hearing held. Ronald Clark's oral motion to substitute as counsel for defendant is granted. Ronald Clark is appointed as counsel for the defendant. Defendant waives preliminary examination. Defendant's oral motion for release is denied. Government's oral motion to detain defendant is granted. Defendant is ordered bound to the District Court for further proceedings.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | JS |
|---|---|---|