FILED
MAR 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE JOHN W. DARRAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 105 |
| | ) | |
| v. | ) | Violation: Title 18, United States |
| | ) | Code, Sections 924(c), |
| MARCUS MOORE | ) | 2113(a), and 2 |

MAGISTRATE JUDGE VALDEZ

### COUNT ONE

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about August 2, 2005, at South Holland, in the Northern District of Illinois, Eastern Division,

MARCUS MOORE,

defendant herein, by force, violence and by intimidation, did take from the person and presence of bank employees approximately $46,726 belonging to and in the care, custody, control, management, and possession of the First National Bank, located at 200 West 162nd Street, South Holland, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(a) and 2.

1

## COUNT TWO

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about August 2, 2005, at South Holland, in the Northern District of Illinois, Eastern Division,

MARCUS MOORE,

defendant herein, knowingly possessed a firearm in furtherance of, and used and carried a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, bank robbery, a violation of Title 18, United States Code, Section 2113(a), as more fully set forth in Count One of this indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT THREE

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about December 20, 2005, at Chicago, in the Northern District of Illinois, Eastern Division,

MARCUS MOORE,

defendant herein, by force, violence and by intimidation, did take from the person and presence of bank employees approximately $187,624 belonging to and in the care, custody, control, management, and possession of the First Bank located at 2356 South Kedzie, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT FOUR

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about December 20, 2005, at Chicago, in the Northern District of Illinois, Eastern Division,

MARCUS MOORE,

defendant herein, knowingly possessed a firearm in furtherance of, and used and carried a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, bank robbery, a violation of Title 18, United States Code, Section 2113(a), as more fully set forth in Count Three of this indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY