## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 105 | **DATE** | 4/7/2008 |
| **CASE TITLE** | USA vs. Marcus Moore | | |

**DOCKET ENTRY TEXT**

Arraignment held on 4/7/08 as to Marcus Moore. Defendant enters plea of not guilty to all counts. 16.1(a) conference to be held by 4/14/08. Pretrial motions are to be filed by 4/21/08. Responses are due 4/28/08. Replies are due 5/6/08. Ruling on motion to be heard before Judge Darrah on 5/13/08 at 9:45 a.m. Government's oral motion to exclude time is granted. Enter excludable time from 4/07/08 to 5/13/08 pursuant to 18:3161(h)(1)(F).   (X-E)   All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:15

| | Courtroom Deputy Initials: | yp |
|---|---|---|