## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 105 - 1 | **DATE** | 6/10/2008 |
| **CASE TITLE** | USA vs. Marcus Moore | | |

**DOCKET ENTRY TEXT**

Status hearing held. Change of plea hearing set for 6/12/08 at 10:15 a.m. In the interests of justice, time is ordered excluded to 6/12/08 pursuant to 18:3161(h)(8)(A)(B). (x-t).

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|