UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 08 CR 105 |
| ) | |
| v. ) | Judge: John W. Darrah |
| ) | |
| MARCUS MOORE ) | |
| ) | |

NOTICE OF MOTION

*FILED*
AUG 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLEASE TAKE NOTICE that on Aug., 11, 2008 I, Marcus Moore, defendant, have mailed a NOTICE OF MOTION and MOTION FOR CONSIDERATION FOR THE YOUTH SENTENCING ACT with a CERTIFICATE OF SERVICE to all parties concerned along with copies to the District Clerk's Office at 219 S. Dearborn St., Chicago, IL. 60604.

x  *Marcus Moore*

Date:  8/11/08

CERTIFICATE OF SERVICE

I, Marcus Moore, Pro Se, certifies under the penalty of perjury, that he served a copy of this notice and the attached pleading on the parties to whom it is directed by mailing said copy, first class mail, postage prepaid.

x  *Marcus Moore*

Date:  8/11/08