## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 105 - 1 | **DATE** | 9/2/2008 |
| **CASE TITLE** | USA vs. Marcus Moore | | |

**DOCKET ENTRY TEXT**

Defendant's motion for consideration for the Youth Sentencing Act [22] is withdrawn. Change of plea hearing set for 9/2/08 is vacated. Jury trial set for 10/20/08 at 9:00 a.m. In the interests of justice, time is ordered excluded to 10/20/08 pursuant to 18:3161(h)(8)(A)(B). (x-t).

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|